| | |
|---|---|
| VICTOR ORELLANA,<br>　　　　　Plaintiff,<br>　　v.<br>FRANK QUATTRO, et al.,<br>　　　　　Defendants. | Case No. 17-cv-05755-JSC<br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br>Re: Dkt. No. 11 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ORELLANA,<br>　　Plaintiff,<br>　v.<br>FRANK QUATTRO, et al.,<br>　　Defendants. | Case No. 17-cv-05755-JSC<br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br>Re: Dkt. No. 11 |

Plaintiff Victor Orellana, proceeding pro se, brings this civil action against Defendants Frank Quattro, Jr. and Christina Quattro related to his enrollment at Moler Barber College. The Court previously reviewed the complaint pursuant to 28 U.S.C. § 1915 and dismissed it with leave to amend. In particular, the Court explained that in an amended complaint Plaintiff must clearly identify which claims are brought as to which defendant and must provide the legal and factual basis for his claims as well as for this federal court's jurisdiction to hear the claims. The Court ordered any amended complaint to be filed by December 22, 2017. (Dkt. No. 7.)

On December 7, 2017, the Court received a letter from Plaintiff. Plaintiff explained that he is currently incarcerated and defending criminal charges and thus asks to "push back" this case at least one year. (Dkt. No. 8.) The Court denied Plaintiff's request because Plaintiff had not shown good cause for continuing for one year the amendment of his complaint to show that he has a viable claim and that this Court has subject matter jurisdiction over this action. The Court advised Plaintiff that if he does not wish to prosecute this action at this time he may dismiss it without prejudice. The Court gave Plaintiff an additional opportunity to amend his complaint with a new deadline of January 31, 2018. (Dkt. No. 8.)

Now pending before the Court is Plaintiff second letter requesting "a longer extension" of

at least an additional two months to amend his complaint. (Dkt. No. 11.) He explains that it took 10 days for him just to receive the Court's order and that he could not get access to the law library until January 18 2018. Plaintiff's request is granted. The Court will extend the deadline to file his amended complaint to March 30, 2018. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: January 22, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge